

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00885-CR

The **STATE** of Texas,
Appellant

v.

Luis Enrique **RODRIGUEZ RODAS**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13929CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting Luis Enrique Rodriguez Rodas habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED November 22, 2023.

Liza A. Rodriguez, Justice